IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : SUPERSEDING INFORMATION |
| v. | : CRIMINAL NO. 5:07-CR-16 (WDO) |
| ANTHONY SEAN WALKER | : VIOLATION: 21 U.S.C. § 846 i/c/w<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)(ii)<br>21 U.S.C. § 853<br>18 U.S.C. § 1960(b)(1)(C)<br>18 U.S.C. § 2 |

**U. S. ATTORNEY CHARGES:**

## COUNT ONE

That from on or about January 1, 2005 to on or about December 30, 2006, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### ANTHONY SEAN WALKER

did conspire with others, both known and unknown to the U.S. Attorney, to unlawfully, knowingly, willfully, and intentionally possess with the intent to distribute a schedule II controlled substance, to-wit: more than five (5) kilograms of cocaine; all in violation of Title 21, United States Code, Section 846, i/c/w Title 21, United States Code, Sections 841(a)(1), and 841 (b)(1)(A)(ii).

## COUNT TWO

That from on or about January 1, 2005, and continuing thereafter, up to on or about December 30, 2006, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**ANTHONY SEAN WALKER**

aided and abetted by others known and unknown to the U.S. Attorney, did unlawfully, knowingly, willfully, and intentionally conduct, control, manage, direct and supervise an unlicensed money transmitting business affecting interstate or foreign commerce; all in violation of Title 18, United States Code, Section 1960(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THREE
## FORFEITURE ALLEGATIONS

1. The allegations contained in Count One of this Superseding Information are hereby re-alleged and incorporated by reference into this Count for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the commission of the aforesaid violations of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(ii), which are punishable by imprisonment for more than one year, the defendant, **ANTHONY SEAN WALKER,** shall forfeit to the United States all of his interest in any and all property constituting and derived from any proceeds the defendant obtained, directly and indirectly, as a result of such violations, and any and all property, real or personal, used and intended to be used in any manner or part to commit and to facilitate the commission of the aforesaid violation, including, but not limited to, the following:

**BANK ACCOUNT**

The sum of $2,843.54 in United States funds, seized from Bank Account Number 003276261296 in the name of Anthony Walker, located at Bank of America, Post Office Box 25118, Tampa, Florida 33622, which is presently in the custody of the United States Marshals Service and has been deposited in the Seized Asset Deposit Fund Account

**REAL PROPERTY**

A.  the property located at 515 Coy Cox Road, Omega, Colquitt County, Georgia, more particularly described as:

> All that certain tract or parcel of land lying and being in Land Lot 19 of the 9th Land District of Colquitt County, Georgia, and being more particularly described as **Lot 6 (containing 1.14 acres), Dianne Subdivision (Phase II),** and is more particularly described according to that plat of survey entitled "Plat of Survey for Dianne Subdivision (Phase II)" prepared by Land Surveyors, Inc., of Moultrie, Georgia, on August 6, 2003, said plat being recorded in Plat Book 37, Page 99A, in the office of the Clerk of Colquitt Superior Court and being by reference incorporated herein.

B.  the property located at 216 Hill Crest Avenue, Moultrie, Colquitt County, Georgia, more particularly described as:

> Lot 4-A of the Southern Terrace Annex in the City of Moultrie, Colquitt County, Georgia, according to a plat thereof recorded in Plat Book 1, Page 180, Colquitt County Records, said lot facing North on East Boulevard a distance of 75 feet and running back South of uniform width a distance of 192 feet; said lot being more particularly described as follows: BEGINNING at a stake at a point on the South margin of East Boulevard 186.5 feet East of the intersection of the South margin of the East Boulevard with the East margin of Southeast Second Street, thence run East along the South margin of East Boulevard 75 feet to a stake, thence South 192

feet to a stake on the South original land lot line of Land Lot
No. 291 in the 8th Land District of Colquitt County, Georgia,
thence3 West along said land lot line 75 feet to a stake, thence
North 192 feet to starting point, said lot being bounded on the
North by East Boulevard, on the East by Lot A-5 of Southern
Terrace Annex, on the South by lands of Trinity Baptist Church
and on the West by Lot A-3 of Southern Terrace Annex.

C. the property located at 217 3rd Street, Moultrie, Colquitt County, Georgia,

more particularly described as:

A lot in the City of Moultrie, Georgia, located on the East side
of Third Street, S.W., being the South 60 feet of Lot No. 14, in
City Block 95 as shown on a plat recorded in Plat Book 1,
Page 97, Colquitt County records, said lot fronting West on
Third Street, S.W. a distance of 60 feet and running back East
of uniform width a distance of 90 feet, more or less; being
bound on the North by lands formerly of Campbell, East by
land formerly of Barber, South by lands formerly of Sampson
and West by Third Street, S.W.

3. If any of the property subject to forfeiture, as a result of any act or omission

of the defendant:

a) cannot be located upon the exercise of due diligence;

b) has been transferred, sold to or deposited with, a third person;

c) has been placed beyond the jurisdiction of the court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be subdivided

without difficulty, it is the intent of the United States, pursuant to Title 21, United States
Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the
value of the above forfeitable property.

All as provided in Title 21, United States Code, Section 853.

>MAXWELL WOOD
>UNITED STATES ATTORNEY
>MIDDLE DISTRICT OF GEORGIA

By: _____
CHARLES L. CALHOUN
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO. 102875