IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA : C.R. 5:07-cr-16-01 (HL)

vs.

Anthony Sean Walker
Defendant.

Filed at 10:45 A M
D. 9-25-2007
D. Johnson
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## FINDINGS OF FACT ON GUILTY PLEA

The defendant having proposed to enter a plea of guilty in this case, and the court having questioned the defendant concerning the plea, and the defendant having been advised of (his) (her) constitutional rights by or under the direction of the court, and the court being satisfied that the defendant understands these rights:

The court now finds that there is a factual basis for the plea of guilty; that the defendant understands the nature of the charges and the consequences of the plea of guilty; that the defendant is pleading guilty freely and voluntarily and uninfluenced by the remotest fear of injury or the slightest hope of benefit (other than any recommendation concerning the charges or sentence made by the government pursuant to negotiations between the government and the defendant); and that there has been a knowing and intelligent waiver and relinquishment by the defendant of the right to a trial by jury; the right to defend (himself) (herself), to present evidence, and to subpoena witnesses; the right to a presumption of innocence with the burden

of proof beyond a reasonable doubt upon the government; the right to confront and cross-examine the government's witnesses; the right to testify, and to the privilege against self-incrimination; the right to be present and to remain silent at trial; the right to appeal any verdict of guilty and to be represented on appeal by counsel; and ~~[IF APPLICABLE] the right to counsel, and~~ [IF APPLICABLE] the right to be indicted by the grand jury before entering a plea of guilty or not guilty.

This the 25th day of September, 2007.

*[signature]*
HUGH LAWSON
United States District Judge