Case 5:07-cr-00016-TES-CHW   Document 594   Filed 11/13/15   Page 1 of 1

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No:  5:07-CR-00016-001 |
| Anthony Sean Walker | ) |
|  | ) USM No:  93271-020 |
| Date of Original Judgment:  12/08/2008 | ) |
| Date of Previous Amended Judgment:  01/17/2012 | ) Scott Huggins |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☒ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Walker was sentence originally to 350 months after the Court's consideration of a 5K motion based on his substantial assistance. A subsequent reduction under Rule 35 lowered his sentence to 288 months. After recalculation of his guideline range under Amendment 782, his guideline range is unchanged from that of his original range at sentencing. The result is that no further reduction in sentence is warranted and the defendant's motion for sentence reduction under Amendment 782 is DENIED.

Except as otherwise provided, all provisions of the judgment dated   12/08/2008   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  13 NOV 2015

*Judge's signature*

Effective Date:  11/01/2015
*(if different from order date)*

C. Ashley Royal, U.S. District Judge
*Printed name and title*