IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No.: 5:07-CR-00016-CAR-CHW-1 |
| ANTHONY SEAN WALKER | 28 U.S.C. § 2255 |

**MOTION TO CORRECT SENTENCE UNDER 28 U.S.C. §2255 & HOLD IN ABEYANCE PENDING DECISION IN *BECKLES***

On June 27, 2016, the United States Supreme Court granted a *writ of certiorari* in *Beckles v. United States,* No. 15-8544. The following movants, through undersigned counsel, respectfully requests that this Court set aside the judgment in their case and correct their sentence pursuant to 28 U.S.C. § 2255.

In support of this motion, the following is submitted:

1. On June 27, 2016, the United States Supreme Court granted a *writ of certiorari* in *Beckles v. United States,* No. 15-8544. The issue presented included determining whether *Johnson v. United States,* 135 S.Ct. 2551(2015) applies retroactively to collateral cases challenging federal sentence enhanced under the residual clause in U.S.S.G §4B1.2(a)(2); whether *Johnson's* constitutional holding applies to the residual clause in U.S.S.G. §4B1.2(a)(2), thereby rending challenges to sentences cognizable on collateral review.

2. The following movants make this request so that they may assert a challenge to their career offender sentence based on *Johnson*, which held that the residual clause in the Armed Career Criminal Act (ACCA) (18 U.S.C. § 924(e)(2)(B)(ii))—a clause that is identical to the career offender residual clause—is unconstitutionally vague.

3. Undersigned counsel has not received all supporting documentation for the following movants in order to complete the review process. However, in order to preserve their

*Johnson* claim, the following movants have filed this motion for authorization for deadline purposes. Once documentation is provided, undersigned counsel will withdraw or supplement this Motion for each individual movant.

4. Further, movants, through undersigned counsel, request that this Court hold review of movants' §2255 proceedings in abeyance pending the Supreme Court decision in *Beckles*.

5. Once documentation is received for the following movants, undersigned counsel will notify the court of eligibility and will supply the Court with a briefing schedule, pending decision in *Beckles*:

   1. Aikens, Jim Henry- 5:09-CR-00078
   2. Andrews, Orasama- 5:08-CR-00072
   3. Bacon, Adrian- 5:07-CR-00081
   4. Ballard, Rodney Jerome- 3:13-CR-00004
   5. Bishop, Antonio- 3:11-CR-00056
   6. Bishop, Antron- 3:05-CR-00036
   7. Blackmon, Ulysses Antwain- 3:12-cr-48
   8. Brad, Lester (aka Bradford Glen Ford- 4:98-CR-00032
   9. Caison, Karlos- 5:08-CR-00039
   10. Carver, Keith B- 4:13-CR-00011
   11. Chappell, Carey Gilbert- 5:06-cr-00112
   12. Conrad, Alan Shane- 3:14-CR-00022
   13. Cothran, Benjamin Napoleon- 5:08-CR-00070
   14. Davis, Darrell- 5:13-CR-00025
   15. Davis, Gerald- 7:07-CR-00038

16. Davis, Kerivonte Desean- 5:11-CR-00021

17. Dubie, Charles William- 3:11-CR-00036

18. Dunn, Quinton- 3:06-CR-00041

19. Ellerbee, Sherrod- 5:04-CR-00125

20. Evans, James Robert- 3:11-CR-00067

21. Ford, Bradford- 4:14-CR-00008

22. Fulton, Jasper- 3:13-CR-00026

23. Garcia, Gregorio- 5:06-CR-00074

24. Graves, James Larry- 5:95-CR-00005

25. Harris, Darien Cantrell- 5:04-CR-00046

26. Hill, Pamela- 3:14-CR-00054

27. Hollis, Richard- 3:95-CR-00002

28. Horne, Brooks- 5:11-CR-00062

29. Hurt, Jason- 5:09-CR-00068

30. Jennings, Gregory- 3:14-CR-00048

31. Johnson, Nicholas Bernard- 5:11-CR-00017

32. King, James Wilbur- 5:11-CR-00089

33. Lamb, Jerry Lee- 6:04-CR-00006

34. Lamons, Shawn Dale- 5:03-CR-00015

35. Lowe, Michael- 3:12-CR-00015

36. Martin, Larry- 1:05-CR-00036

37. Martinez, Antonio- 3:06-CR-00041

38. McCloud, Alfonso- 6:06-CR-00007

39. Middlebrooks, Tavares- 5:06-CR-00002

40. Nixon, William Lawrence- 5:93-CR-00067

41. Noojin, Joshua Zaun- 5:07-CR-00018

42. Norman, Christopher Maurice- 3:13-CR-00027

43. Ogburn, Merico Arnez- 5:05-CR-00069

44. Pinkston, Dontrell- 5:11-CR-00092

45. Poole, Charles Christopher- 5:11-CR-00024

46. Pope, Alexander Lovette- 5:05-CR-00046

47. Roberson, Charles Lee- 5:05-CR-00090

48. Saggus, Kelvin- 3:12-CR-00024

49. Simmons, Thomas- 3:06-CR-00031

50. Smith, Joshua- 3:13-CR-00007

51. Sorrow, Wesley- 5:08-CR-00015

52. Stubbs, Henry Lee- 5:07-CR-00062

53. Tarbush, Andrew- 3:13-CR-00033

54. Terry, Bennie Devon- 5:05-CR-00058

55. Thomas, Cardell- 5:99-CR-00072

56. Thornton, Peter- 7:11-CR-00035

57. Tobbie, Christopher- 5:07-CR-00062

58. Towns, Jermaine- 5:06-CR-00012

59. Vaughn, Christopher Phillip- 3:14-CR-0004

60. Waldon, Garrett Dean- 1:01-CR-00012

61. Walker, Anthony Sean- 5:07-CR-00016

62. Whisby, Robert Lee, Jr.- 5:08-CR-00062

63. Whitaker, Adrian- 7:11-CR-00037

64. White, Wesley, Sr.- 7:13-CR-00035

65. Williams, Adrian Dewayne- 5:11-CR-00018

66. Williams, Arthur James- 5:94-CR-00039

67. Willis, Anthony- 7:12-CR-00010

68. Womble, Yaqui- 5:11-CR-00016

69. Wynn, Ronald- 5:02-CR-00042

Respectfully submitted this 27th day of June, 2016.

*s /Jessica M. Lee*
JESSICA M. LEE
GA Bar Number: 889820

Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Boulevard, Suite 400
Macon, Georgia 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
E-mail: Jessy_M_Lee@fd.org

**CERTIFICATE OF SERVICE**

I, Jessica M. Lee, hereby certify that on June 27, 2016, I electronically filed the foregoing *Motion To Correct Sentence Under 28 U.S.C. §2255 & Hold In Abeyance Pending Decision In Beckles* with the clerk of Court using the CM/ECF system which will send notification of such record of counsel.

*s /Jessica M. Lee*
JESSICA M. LEE
GA Bar Number: 889820

Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Boulevard, Suite 400
Macon, Georgia 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
E-mail: Jessy_M_Lee@fd.org
