IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ANTHONY WALKER, | : | |
|     Movant, | : | |
| | : | Case No. 5:07-cr-00016-CAR-CHW |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | Proceedings Under 28 U.S.C. § 2255 |
|     Respondent. | : | Before the U.S. Magistrate Judge |
| | : | |

**UNITED STATES' REPLY IN SUPPORT OF ITS MOTION TO DISMISS MOVANT'S MOTION TO VACATE UNDER 28 U.S.C. § 2255**

In reply to Movant's untimely pro forma response to the United States' motion to dismiss, the United States replies as follows. As detailed in the United States' motion to dismiss Movant's motion to vacate under 28 U.S.C. § 2255, Movant's § 2255 motion is premature, and nothing in Movant's response provides the Court with any individualized circumstances warranting a stay. The United States maintains that dismissal without prejudice is appropriate. If the Supreme Court issues a defendant-favorable decision in *Beckles v. United States*, 136 S. Ct. 2510 (June 27, 2016), a dismissal without prejudice will allow Movant to seek relief at the appropriate time. Movant's response raises no additional issues that were not addressed in the United States' motion to dismiss. Furthermore, Movant has repeatedly failed to particularize the facts or analysis of his individual case and has similarly failed to avail himself of the opportunity to do so here. Accordingly, the United States stands by the legal analysis set forth in its motion to dismiss and requests that this Court dismiss Movant's 28 U.S.C. § 2255 motion without prejudice.

Respectfully submitted, this the 14th day of November 2016.

                                            G.F. Peterman, III
                                            United States Attorney

                                            By: s/Lindsay B. Feinberg
                                            Assistant United States Attorney
                                            Georgia Bar No. 869169

United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202-1702
(478) 752-3511

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within and foregoing UNITED STATES' REPLY IN SUPPORT OF ITS MOTION TO DISMISS MOVANT'S MOTION TO VACATE UNDER 28 U.S.C. § 2255 with the Clerk of the Court using the CM/ECF system which will send notification to all parties of record.

This the 14th day of November 2016.

                                                G.F. Peterman, III
                                                United States Attorney

                                                By: s/Lindsay B. Feinberg
                                                Assistant United States Attorney
                                                Georgia Bar No. 869169

United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202-1702
(478) 752-3511