IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANTHONY WALKER,<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | Case No.: 5:07-CR-00016<br><br>28 U.S.C. § 2255 |

**NOTICE OF VOLUNTARY DISMISSAL OF
PETITIONER'S MOTION TO VACATE UNDER 28 U.S.C. § 2255**

COMES NOW, the petitioner, Mr. Anthony Walker, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and herein files this notice to voluntarily dismiss, without prejudice, his motion to vacate under 28 U.S.C. § 2255. (Doc. 600). The Federal Defenders of the Middle District of Georgia, Inc. consulted with the United States Attorney's Office and the government does not oppose the voluntary dismissal.

Respectfully submitted this 24th day of March, 2017.

*s /Jessica M. Lee*
JESSICA M. LEE
GA Bar Number: 889820
Counsel for Anthony Walker
Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Boulevard, Suite 400
Macon, Georgia 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
E-mail: Jessy_M_Lee@fd.org

**CERTIFICATE OF SERVICE**

I, Jessica M. Lee, hereby certify that on March 24, 2017, I electronically filed the foregoing *Notice of Voluntary Dismissal of Motion to Vacate Under 28 U.S.C. §2255* with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

*s /Jessica M. Lee*
JESSICA M. LEE
GA Bar Number: 889820
Counsel for Anthony Walker
Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Boulevard, Suite 400
Macon, Georgia 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
E-mail: Jessy_M_Lee@fd.org