# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| ANTHONY SEAN WALKER, | : | |
| Petitioner, | : | |
| v. | : | NO. 5:07-cr-00016-CAR-CHW-1 |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | Proceedings under 28 U.S.C. § 2255 |
| | : | Before the U.S. Magistrate Judge |

## ORDER

Before the Court is Petitioner Anthony Sean Walker's Notice of Voluntary Dismissal of Petitioner's Motion to Vacate Under 28 U.S.C. Section 2255. Doc. 607. Petitioner seeks dismissal of this action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Rule 41(a)(1) provides that a "plaintiff may dismiss an action without a court order" by filing notice of dismissal prior to service of an answer or motion for summary judgment or if stipulated to by all parties who have appeared. Pursuant to Rule 12 of the Rules Governing Section 2255 Proceedings, the federal rules of civil procedure apply to Section 2255 proceedings "to the extent that they are not inconsistent with any statutory provisions" or the rules governing section 2255 proceedings. Because Rule 41 presents no inconsistencies with Section 2255 proceedings, it applies to this action.

Under Rule 41, Petitioner is automatically entitled to a voluntary dismissal at this time. Accordingly, the Clerk of Court is **DIRECTED** to update the docket to reflect that this action has been **voluntarily dismissed without prejudice** by Petitioner. Notwithstanding that this

1

dismissal is without prejudice, any subsequently filed section 2255 action could still be found untimely under 28 U.S.C. § 2244 or otherwise procedurally barred.

**SO ORDERED**, this 30th day of March, 2017.

                                               s/ Charles H. Weigle
                                               Charles H. Weigle
                                               United States Magistrate Judge